**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Steven Christensen,<br><br>Petitioner,<br><br>v.<br><br>USA,<br><br>Respondent. | No. CV-18-8235-PCT-DGC (DMF)<br><br><br><br>**ORDER** |

Pending before the Court is Petitioner's Unopposed Motion for Leave to Amend (Doc. 8), and upon good cause appearing,

**IT IS ORDERED** granting Petitioner's Unopposed Motion for Leave to Amend (Doc. 8). Petitioner shall file his Amended Motion and exhibits as a separate document within seven (7) days from the date of this Order.

**IT IS FURTHER ORDERED** that the United States shall respond to Christensen's amended § 2255 motion within 60 days from the filing of the Amended Motion.

Dated this 8th day of January, 2019.

_____
Honorable Deborah M. Fine
United States Magistrate Judge